**GREENWOOD NURSERY, INC., a Texas corporation, Plaintiff–Appellant,**

v.

**HOME DEPOT U.S.A., INC., a Georgia corporation, Defendant–Appellee.**

No. 08–15582
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 17, 2009.

John W. Davis, Jr., Davis & Melton, P.C., Dalton, GA, Michael D. Martin, Martin Law Office, Lakeland, FL, for Plaintiff–Appellant.

Lisa R. Strauss, Ronan P. Doherty, Bondurant, Mixson & Elmore, LLP, Atlanta, GA, for Defendant–Appellee.

---

---

Before TJOFLAT, CARNES and WILSON, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed. Appellant's claims are barred for the reasons the district court spelled out in its order of September 4, 2008, 2008 WL 4181186.

**AFFIRMED.**